**94–799.** State v. Brown. *Summit County,* Nos. 16319 and 16338. This cause is pending before the court as a discretionary appeal. Appellant's request for an extension of time to file a memorandum in support of jurisdiction was granted by this court on April 20, 1994, and appellant's memorandum in support of jurisdiction was due May 18, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 28, 1994.

**94–979.** Hecker v. Greenleaf Village. *Warren County,* No. CA93–05–041. This cause is pending before the court on the certification of conflict by the Court of Appeals for Warren County. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective June 28, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

### Thursday, June 30, 1994
## MERIT DOCKET

**94–1260.** Wilburn v. Alexander. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that the writ of habeas corpus be, and the same is hereby, granted, effective June 27, 1994.

IT IS FURTHER ORDERED by the court that the writ shall be served upon respondent, George Alexander, Warden, Pickaway Correctional Institute, and that the respondent shall make due return of the writ 'on or before July 7, 1994, as prescribed in R.C. 2725.14.

IT IS FURTHER ORDERED by the court that it is not necessary to convey the prisoner before the court as prescribed in R.C. 2725.12.

MOYER, C.J., A.W. SWEENEY, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., would order respondent to answer within ten days.

RESNICK, J., dissents.

## MOTION DOCKET

**94–1287.** State v. Bryner. *Lorain County,* Nos. 93CA005577 and 93CA005578. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' motion for stay of execution of sentence pending appeal and continuance of bond,

IT IS ORDERED by the court that the motion be, and the same is hereby, denied, effective June 27, 1994.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

## MISCELLANEOUS DISMISSALS